IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Woods-Stewart, Linnie B | Case Number: 08 B 20694 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 8/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 5, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,824.00 |
| Trustee Fee: | | 199.55 |
| Other Funds: | | 2,976.45 |
| Totals: | 6,000.00 | 6,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,824.00 | 2,824.00 |
| 2. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 3. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 118,849.73 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 5,729.06 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 220.33 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 101.25 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 32,502.13 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 642.60 | 0.00 |
| 11. | Ashro Lifestyle | Unsecured | 99.70 | 0.00 |
| 12. | Midnight Velvet | Unsecured | 561.11 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 134.30 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 935.28 | 0.00 |
| 15. | Loan Machine | Unsecured | 373.99 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 535.79 | 0.00 |
| 17. | Regents Park | Unsecured | 469.59 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 251.20 | 0.00 |
| 19. | Illinois Dept of Revenue | Unsecured | 444.01 | 0.00 |
| 20. | American General Finance | Unsecured | | No Claim Filed |
| 21. | Citibank | Unsecured | | No Claim Filed |
| 22. | Bank Of America | Unsecured | | No Claim Filed |
| 23. | Concord Service Corporation | Unsecured | | No Claim Filed |
| 24. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 25. | Baystate Gas | Unsecured | | No Claim Filed |
| 26. | American General Finance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Woods-Stewart, Linnie B

Printed: 03/10/09

Case Number:  08 B 20694
Judge:  Hollis, Pamela S
Filed:  8/7/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. First National Bank Of Marin | Unsecured | | No Claim Filed |
| 28. Payday Loan | Unsecured | | No Claim Filed |
| 29. Medical Collections | Unsecured | | No Claim Filed |
| 30. Nicor Gas | Unsecured | | No Claim Filed |
| 31. Mason | Unsecured | | No Claim Filed |
| 32. Money Market | Unsecured | | No Claim Filed |
| 33. Sears / Citibank SD | Unsecured | | No Claim Filed |
| 34. Sallie Mae | Unsecured | | No Claim Filed |
| | | $ 164,674.07 | $ 2,824.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 199.55 |
| | $ 199.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

